UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:07-cr-00105-SEB-TAB |
| | ) | |
| JAMARR GAINES, | ) -09 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and

Recommendation that Jamarr Gaines' supervised release be modified, pursuant to Title 18,

U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C.

§3583, The Court now approves and adopts the Report and Recommendation as the entry of the

Court, and orders Mr. Gaines' supervised release be modified as outlined in the Report and

Recommendation, along with the following additional conditions:  120 days of GPS monitoring,

home detention, and employment restrictions with all other terms of supervised release to remain

pending.

**SO ORDERED.**

Date:  10/23/2019

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal Service